**Dismissed and Memorandum Opinion filed February 16, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-00023-CV

_____

**VINCE CASMIR AND ASPEN PREMIER ASSETS, LTD., Appellants**

**V.**

**FRONTERA ENERGY, LLC, Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-62770**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order expunging lis pendens. This court has determined that an order cancelling notices of lis pendens is not an appealable order. *Marks v. Starratt*, No. 14-09-00269-CV; 2009 WL 1312180 (Tex. App.—Houston [14th Dist.] May 7, 2009, no pet.) (mem. op.).

On January 24, 2012, this court sent notice to all parties that the court would consider dismissal of the appeal on its own motion unless any party filed a response within 10 days. Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and Christopher.